O

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

DEMETRIUS BELL,

    Petitioner,

   v.

WILLIAM SULLIVAN, Acting Warden,

    Respondent.

Case No. ED CV 17-1586 JGB (MRW)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

DATE:  February 9, 2018



HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE